UNITED STATES DISTRICT COURT
For the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** ) | |
| v. ) | CRIMINAL NO. 1:21-CR-00368(JDB) |
| **Jody Lynn Tagaris** ) | |
| **Defendant** ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, the defendant, JODY LYNN TAGARIS, by and through the undersigned counsel and hereby enters an appearance in the above-styled cause and further states that the undersigned will hereafter be responsible for all further proceedings necessary in the above-styled cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on the 23rd day of August, 2021, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

Respectfully submitted,

JEFF T. GORMAN LAW OFFICES

/s/ Jeff Gorman

_____
Jeff T. Gorman
Florida Bar No.: 538183
47 SE Ocean Boulevard
Stuart, Florida  34994
Phone: 772.220.4000
Facsimile: 772.220.4114