46916-509

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00426 |
| Jody Lynn Tagaris | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/14/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jody Lynn Tagaris ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/14/2021

2021.05.14 17:29:04 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Zia Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on (date) 5/17/21, and the person was arrested on (date) 5/25/21
at (city and state) West Palm Beach, FL.

Date: 5/25/21

*Arresting officer's signature*

Mark A. Thomas, Special Agent
*Printed name and title*

1/278944

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-426 |
| | : | |
| JODY LYNN TAGARIS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(C) |
| | : | (Entering and Remaining in Certain |
| | : | Rooms in the Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **JODY LYNN TAGARIS**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

4

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **JODY LYNN TAGARIS**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>   (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **JODY LYNN TAGARIS**, willfully and knowingly, and with the intent to disrupt the orderly conduct of official business, entered and remained in a room in any of the Capitol Buildings set aside and designated for the use of either House of Congress and a Member, committee, officer, and employee of Congress, and either House of Congress, and the Library of Congress, without authorization to do so.

>   (**Entering and Remaining in Certain Rooms in the Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(C))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **JODY LYNN TAGARIS**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct

in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

      (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

      Respectfully submitted,

      CHANNING D. PHILLIPS
      Acting United States Attorney
      D.C. Bar Number 415-793

      /s/ *David T. Henek*
      DAVID T. HENEK
      Assistant United States Attorney
      Violent Crime and Narcotics Trafficking Section
      555 4th Street, N.W.
      Washington, D.C. 20530
      N.Y. Bar No. 5109111
      david.t.henek@usdoj.gov
      202-252-7825

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Mark Dispoto (caseview.ecf@usdoj.gov, cierra.collier@usdoj.gov,
jennifer.m.smith2@usdoj.gov, mark.dispoto@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls-hqdkt@usdoj.gov, virginia.teague@usdoj.gov), Magistrate Judge Bruce E. Reinhart
(reinhart@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:21123379@flsd.uscourts.gov
Subject:Activity in Case 9:21-mj-08202-BER USA v. Tagaris Initial Appearance - Rule
5(c)(3)/Rule 40
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/25/2021 at 4:21 PM EDT and filed on 5/25/2021

| | |
|---|---|
| **Case Name:** | USA v. Tagaris |
| **Case Number:** | 9:21–mj–08202–BER |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**

**PAPERLESS Minute Order for proceedings held by Zoom video conference before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jody Lynn Tagaris held on 5/25/2021. Defendant was present with counsel. Defense counsel Jeff Gorman advised the Court that he was entering a temporary appearance. Defendant consented to appear by video. Defendant was sworn. Defendant was advised of charges, rights and maximum penalties. Defendant waived removal/identity hearing. Bond set: Jody Lynn Tagaris (1) $50,000 PSB. Date of Arrest or Surrender: 5/25/21. All further proceedings are to be held in the District of Columbia. Speedy trial is waived for the next 30 days, to allow the defendant time to make her first appearance in the District of Columbia as the Initial Appearance hearing has not been set. Total time in court: 21 minutes. Attorney Appearance(s): Mark Dispoto,Jeff Gorman (Digital 10:00:21) Signed by Magistrate Judge Bruce E. Reinhart on 5/25/2021. (tmn)**

**9:21–mj–08202–BER–1 Notice has been electronically mailed to:**

Mark Dispoto &nbsp &nbsp mark.dispoto@usdoj.gov, CaseView.ECF@usdoj.gov, cierra.collier@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls–brdkt@usdoj.gov, usafls–hqdkt@usdoj.gov, virginia.teague@usdoj.gov

**9:21–mj–08202–BER–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Mark Dispoto (caseview.ecf@usdoj.gov, cierra.collier@usdoj.gov,
jennifer.m.smith2@usdoj.gov, mark.dispoto@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls-hqdkt@usdoj.gov, virginia.teague@usdoj.gov), Magistrate Judge Bruce E. Reinhart
(reinhart@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (Court Desk)
(flsp_cd@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:21119229@flsd.uscourts.gov
Subject:Activity in Case 9:21-mj-08202-BER USA v. Tagaris Notice of Hearing
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/24/2021 at 4:26 PM EDT and filed on 5/24/2021

| | |
|---|---|
| **Case Name:** | USA v. Tagaris |
| **Case Number:** | 9:21−mj−08202−BER |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**NOTICE OF HEARING as to Jody Lynn Tagaris – Initial Appearance – Rule 5(c)(3)/40 set for 5/25/2021 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. (spe)**


**9:21−mj−08202−BER−1 Notice has been electronically mailed to:**

Mark Dispoto &nbsp &nbsp mark.dispoto@usdoj.gov, CaseView.ECF@usdoj.gov, cierra.collier@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls−brdkt@usdoj.gov, usafls−hqdkt@usdoj.gov, virginia.teague@usdoj.gov

**9:21−mj−08202−BER−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**APPEARANCE BOND:** _____

**CASE NO.:** __21-8202-BER__

UNITED STATES OF AMERICA:
        Plaintiff,

v.                                          USM # :46916-509_____

JODY LYNN TAGARIS,
        Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000 PSB_____

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

10

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

- __ Location monitoring technology at the discretion of the officer
- __ Radio Frequency (RF) monitoring (Electronic Monitoring)
- __ Active GPS Monitoring
- __ Voice Recognition
- __ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the supervising officer.

**OR**

- __ Home Detention: You are restricted to your residence at all times except for:
    - ( ) medical
    - ( ) substance abuse or mental health treatment
    - ( ) court appearances
    - ( ) attorney visits or court ordered obligations
    - ( ) religious services
    - ( ) employment
    - ( ) other activities as pre-approved by the supervising officer

__ p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

- ( ) employment
- ( ) education
- ( ) religious services
- ( ) medical, substance abuse, or mental health treatment
- ( ) attorney visits
- ( ) court appearances
- ( ) court ordered obligations
- ( ) reporting to Pretrial Services
- ( ) other _____

__ q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

__ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

11

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:
1. (  ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (  ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (  ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (  ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (  ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (  ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (  ) The defendant shall not be involved in any children's or youth organizations.
8. (  ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (  ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: SDFL, District of Columbia, E/D of Virginia, District of Massachusetts, and all points in between. Allowed to travel for Court appearances, meet with lawyer and to prepare for case. Not allowed to travel for pleasure and must notify Pretrial Services of travel plans before leaving and upon return.

X v. Comply with the following additional conditions of bond:
Must appear in Washington, DC for Court appearances as required. PTS can authorize domestic travel.
Must get Court approval to travel outside the United States. Must reside at the residence in Stuart, Florida.

**PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT**

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT:
CASE NUMBER:
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 25th day of MAY 2021 at West Palm Beach, Florida

DEFENDANT: (Signature) _Jody Tagaris_

City/State: West Palm Beach, Florida

Signed and acknowledged before me:
WITNESS: _____

### CORPORATE SURETY

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: _____
AGENT: (Signature) _____
PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

Signed this ___ day of _____, 20___ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____

### APPROVAL BY THE COURT

Date: 5/25/2021

_Bruce Reinhart_

**BRUCE E. REINHART**
**UNITED STATES MAGISTRATE JUDGE**

14

# UNITED STATES DISTRICT COURT
## For the
## Southern District of Florida

| | | |
|---|---|---|
| **United States of America** | ) | **Case: 9:21 MJ 8202-001** |
| **v.** | ) | **Assigned to: Magistrate Judge Reinhart** |
| **Jody Lynn Tagaris** | ) | **Assigned Date: 5/14/2021** |
| **Defendant** | ) | **Description: Notice of Appearance** |
| _____ | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, the defendant, JODY LYNN TAGARIS, by and through the undersigned counsel and hereby enters an appearance in the above-styled cause and further states that the undersigned will hereafter be responsible for all further proceedings necessary in the above-styled cause.

**I HEREBY CERTIFY,** that a copy hereof has been furnished to The United States Attorney's Office for the District of Columbia, by CM ECF filing portal on November 19, 2020.

Respectfully submitted,

JEFF T. GORMAN LAW OFFICES

/s/ Jeff Gorman

_____
Jeff T. Gorman
Florida Bar No.: 538183
47 SE Ocean Boulevard
Stuart, Florida 34994
Phone: 772.220.4000
Facsimile: 772.220.4114

# UNITED STATES DISTRICT COURT
## For the
## Southern District of Florida

| | | |
|---|---|---|
| **United States of America** | ) | **Case: 9:21 MJ 8202-001** |
| **v.** | ) | **Assigned to: Magistrate Judge Reinhart** |
| **Jody Lynn Tagaris** | ) | **Assigned Date: 5/14/2021** |
| **Defendant** | ) | **Description: Notice of Appearance** |
| _____ | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, the defendant, JODY LYNN TAGARIS, by and through the undersigned counsel and hereby enters an appearance in the above-styled cause and further states that the undersigned will hereafter be responsible for all further proceedings necessary in the above-styled cause.

**I HEREBY CERTIFY,** that a copy hereof has been furnished to The United States Attorney's Office for the Southern District of Florida, by CM ECF filing portal on May 25, 2021.

Respectfully submitted,

JEFF T. GORMAN LAW OFFICES

/s/ Jeff Gorman

_____
Jeff T. Gorman
Florida Bar No.: 538183
47 SE Ocean Boulevard
Stuart, Florida 34994
Phone: 772.220.4000
Facsimile: 772.220.4114

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 21-8202-BER

United States of America
        Plaintiff,

v.

Jody Lynn Tagaris,
        Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the **DISTRICT OF COLUMBIA**, a Complaint was filed against the above-named defendant on a charge of **18:1752(a)(1), 1752(a)(2) & 40:5104(e)(2)(C) & 5104(e)(2)(D),** and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Bruce E. Reinhart at West Palm Beach, Florida, which officially committed the defendant for removal to the **DISTRICT OF COLUMBIA**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Bruce E. Reinhart for removal and posted bail in the amount of which was approved by the United States Magistrate Judge Bruce E. Reinhart, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at West Palm Beach, Florida on 5/25/21.

_____
Bruce E. Reinhart
United States Magistrate Judge

# U.S. District Court
# Southern District of Florida (West Palm Beach)
# CRIMINAL DOCKET FOR CASE #: 9:21–mj–08202–BER–1

| | |
|---|---|
| Case title: USA v. Tagaris | Date Filed: 05/24/2021 |
| Other court case number: 21–MJ–426 District of Columbia | Date Terminated: 05/25/2021 |

Assigned to: Magistrate Judge Bruce E. Reinhart

**Defendant (1)**

| | | |
|---|---|---|
| **Jody Lynn Tagaris**<br>46916–509<br>*ENGLISH; YOB:1954*<br>*TERMINATED: 05/25/2021* | represented by | **Jeff Gorman**<br>47 SE Ocean Boulevard<br>Stuart, FL 34994–2214<br>772–220–4000<br>Fax: 772–220–4114<br>Email: jgorman@jgormanlaw.com<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of Information from District of Columbia for Violations of 18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(C), and 40 U.S.C. § 5104(e)(2)(D) | |

**Plaintiff**

**USA**   represented by   **Mark Dispoto**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301–3002
561–820–8711
Fax: 561–820–8777
Email: mark.dispoto@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/24/2021 | 1 | | Magistrate Removal of Information from District of Columbia Case number in the other District 21–MJ–426 as to Jody Lynn Tagaris (1). (spe) (Entered: 05/24/2021) |
| 05/24/2021 | 2 | | NOTICE OF HEARING as to Jody Lynn Tagaris – Initial Appearance – Rule 5(c)(3)/40 set for 5/25/2021 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. (spe) (Entered: 05/24/2021) |
| 05/25/2021 | 3 | | PAPERLESS Minute Order for proceedings held by Zoom video conference before Magistrate Judge Bruce E. Reinhart: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jody Lynn Tagaris held on 5/25/2021. Defendant was present with counsel. Defense counsel Jeff Gorman advised the Court that he was entering a temporary appearance. Defendant consented to appear by video. Defendant was sworn. Defendant was advised of charges, rights and maximum penalties. Defendant waived removal/identity hearing. Bond set: Jody Lynn Tagaris (1) $50,000 PSB. Date of Arrest or Surrender: 5/25/21. All further proceedings are to be held in the District of Columbia. Speedy trial is waived for the next 30 days, to allow the defendant time to make her first appearance in the District of Columbia as the Initial Appearance hearing has not been set. Total time in court: 21 minutes. Attorney Appearance(s): Mark Dispoto,Jeff Gorman (Digital 10:00:21) Signed by Magistrate Judge Bruce E. Reinhart on 5/25/2021. (tmn) (Entered: 05/25/2021) |
| 05/25/2021 | 4 | | $50,000 PSB Bond Entered as to Jody Lynn Tagaris Approved by Magistrate Judge Bruce E. Reinhart. *Please see bond image for conditions of release.* (tmn) (Additional attachment(s) added on 5/25/2021: # 1 Restricted Bond with 7th Page) (tmn). (Entered: 05/25/2021) |
| | | | *Main Document* |
| | | | Attachment # 1 *Restricted Bond with 7th Page (Not Attached)* |
| 05/25/2021 | 7 | | ORDER OF REMOVAL ISSUED to the District of Columbia as to Jody Lynn Tagaris. Closing Case for Defendant. Signed by Magistrate Judge Bruce E. Reinhart on 5/25/2021. *See attached document for full details.* (tmn) (Entered: 05/26/2021) |
| 05/26/2021 | 5 | | |

|  |  |  | NOTICE OF ATTORNEY APPEARANCE: Jeff Gorman appearing for Jody Lynn Tagaris . Attorney Jeff Gorman added to party Jody Lynn Tagaris(pty:dft). (Gorman, Jeff) (Entered: 05/26/2021) |
|---|---|---|---|
| 05/26/2021 | <u>6</u> |  | NOTICE OF ATTORNEY APPEARANCE: Jeff Gorman appearing for Jody Lynn Tagaris (Gorman, Jeff) (Entered: 05/26/2021) |